FILED
APR 25 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

(Name) Jason. S. Harmon
(Address) P.O. Box 290066, CSP-Sacramento
(City, State, Zip) Represa, CA. 95671
(CDC Inmate No.) AG2873

Verified Complaint

# United States District Court
## Southern District of California

Jason S. Harmon,
(Enter full name of plaintiff in this action.)

   Plaintiff,

v.

Sgt. Hector Ferrel,
Officer D. Murphy,
Officer E. Gaspar,
Officer P. Adams, et al.
(Enter full name of each defendant in this action.)

   Defendant(s).

16CV1012 MMA RBB
Civil Case No. _____
(To be supplied by Court Clerk)

Complaint Under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, Jason S. Harmon (print Plaintiff's name), who presently resides at CSP-Sacramento, P.O. Box 290066, Represa, CA 95671 (mailing address or place of confinement), were violated by the actions of the below named individuals. The actions were directed against Plaintiff at RJ. Donovan State Prison (institution/place where violation occurred) on (dates) 2-8-15 (Count 1), _____ (Count 2), and _____ (Count 3).

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

§ 1983 SD Form
(Rev. 5/98)

::ODMA\PCDOCS\WORDPERFECT\22834\1

Defendant **Hector Ferrel** (Post #340???) resides in **San Diego, CA**,
(name) (County of residence)
and is employed as a **Correctional Sergeant**. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **Defendant was/is a Sworn Peace Officer. While on Duty Defendant Attacked Plaintiff under the guise of a Clothed Body Search. Defendant is a Correctional Supervisor.**

Defendant **Gaspar, E** (Post #341942) resides in **San Diego, CA**,
(name) (County of residence)
and is employed as a **Correctional Officer**. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **Defendant was/is a Sworn Peace Officer. While on duty defendant Attacked Plaintiff under the guise of a Clothed Body Search.**

Defendant **Murphy, D** (Post #341992) resides in **San Diego, CA**,
(name) (County of residence)
and is employed as a **Correctional Officer**. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **Defendant is/was a Sworn Peace Officer. While on Duty Defendant Attacked Plaintiff under the guise of a Clothed Body Search.**

Defendant **Adams, P.** (Post #341998) resides in **San Diego, CA**,
(name) (County of residence)
and is employed as a **Correctional Officer**. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **Defendant is/was a Sworn Peace Officer. While on duty Defendant intentionally interrogated me prior to allowing Medical Personnel to render Emergency Services.**

(Part B. 2. "Defendants" is Continued on the Following Page, 2-A.)

1  Defendant Vasquez, R (Post #341894) resides
2  in San Diego, CA, and is employed as a
3  Correctional Officer. This Defendant is Sued
4  in His Individual Capacity.
5  Defendant Vasquez is/was a Sworn Peace officer.
6  While on duty Defendant Vasquez Prevented Medical
7  Personnel From rendering Emergency medical Services.

10  Defendant Marengo, K. Resides in San Diego,
11  CA. and is employed as a Correctional Officer.
12  Defendant Marengo is Sued in His Individual
13  Capacity.
14  Defendant Marengo is/was a Sworn
15  Peace officer. While on Duty Marengo Prevented
16  Medical Personnel From rendering Emergency medical
17  Services to Plaintiff.

Page 2-A

Defendant Bravo, I (Post #201303) resides in San Diego, CA, and is employed as a Correctional officer. This defendant is sued in his individual capacity.

Defendant Bravo is/was a sworn Peace officer. While on duty Bravo prevented me from receiving prompt medical attention. Bravo opted to interrogate Plaintiff before permitting Plaintiff to be transported to a community hospital.

Defendant Sgt. Servantes, D (Post #240397) resides in San Diego, CA, and is employed as a Correctional officer. This defendant is sued in his individual capacity.

Defendant Servantes is/was a sworn Peace officer. While on duty Servantes beat Plaintiff after Plaintiff filed an inmate appeal and told Plaintiff never to submit the appeal again.

Page 2-B

Defendant Escobedo resides in San Diego, CA., and is employed as a Correctional officer. This Defendant is sued in his individual capacity.

Defendant Escobedo is/was a Sworn Peace officer. While on duty Escobedo prevented Plaintiff from filing an inmate appeal by beating him and threatening further reprisals.

Defendant Warrington resides in San Diego, CA., and is employed as a Correctional officer. This defendant is sued in his individual capacity.

Defendant Warrington is/was a Sworn Peace officer. While on duty Warrington prevented Plaintiff from filing an inmate appeal by beating him and threatening further reprisals.

Page 2-C

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: Right to emergency Medical Care.
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

1.) On 2-8-15, at 2005 hours, on the dayroom floor of housing unit 17, Officer Salinas, Keener, Gaspar, Murphy, and Sgt. Ferrel used their batons to strike me countless times in my head, shoulders, arms, and legs. My head was immediately split open and it began to bleed profusely. I began screaming in agony.

2.) While still proned out in a pool of my blood I yelled, "Please help me! I need to get to a hospital! I'm losing consciousness! My arms and legs feel like you broke them!" At this point officers were finished cuffing and shackling my extremities.

3.) Sgt. Ferrel kicked me in the side of my abdomen and yelled the following: "You shut your fuckin' mouth bitch-ass-motherfucker you don't get any fuckin' medical treatment. You'll be lucky if you live through the night Faggot!"

4.) Sgt. Ferrel, officers Gaspar and Murphy grabbed me from behind and dragged me by the handcuffs into the SallyPort.

5.) Sgt. Ferrel told officers Gaspar and Murphy, "Fuck this bitch up!" Officers Gaspar and Murphy threw me to the ground and repeatedly punched me in the head and face while Sgt. Ferrel kicked me.

6.) After that the three of them dragged me out of Unit 17 across the facility "Delta" yard enroute to the Facility's gym. Enroute Officer Gaspar said, "You stupid motherfucker you got blood all over my hands! You better not have AIDS! I'll kill you!"

7.) I responded: "I'm losing consciousness. I'm sorry I'm sorry I'm sorry."

8.) Sgt. Ferrel and officer Murphy dragged me into the Facility "D" gym. Officer Gaspar opened a 24"x 24" x 78" stand-up cage and they literally threw me into the cage.

9.) While officer Gaspar was locking the cage I said, "I'm bleeding out man. You guys broke my arms and legs I think. Please get me medical help!"

10.) Sgt. Ferrel spit spit on me and said, "You ARE NOT getting medical attention. You can lay there and bleed to death!" At which point Sgt. Ferrel, officer Murphy, and officer Gaspar left me chained in a standing-only cage unattended and profusely bleeding.

11.) Approximately 35 minuets later, at 2045 hours, Sgt. Ferrel, officers Murphy, Gaspar, and Adams entered the gym. Sgt. Ferrel told me to stand up and put my hands through the cage's handcuff-port so he

could unhandcuff me. When I complied Sgt. Ferrel cracked me across the left hand with his baton and broke my hand. I screamed, "You broke my shit man!"

12.) Officer Adams opened the cage and dragged me out. Officers Adams and Gaspar dragged me outside of the gym and dropped me on ground. I said, "Man I need help let me see medical." I was told by officer Adams: "You don't Medical you need to shut up."

13.) At 2048 hours, an Emergency Transport Vehicle (ETV) arrived at which point officer Adams loaded me in and rode with me to the prisons Treatment Triage Area (TTA).

14.) Approximately one minute later we arrived at the TTA. Upon arrival officer Adams immediately locked me inside of a holding cell. Before officer Adams walked away from the outside of my holding cell door I said the following: "Adams I need Medical help man. My head is busted wide open and I feel like you guys broke my bones everywhere. I'm bleeding everywhere and about to lose Consciousness. What the Fuck Man!"

15.) Adams said, "You will be interviewed by ISU before anything happens with you." Officer Adams then walked away and left me unattended.

16.) 55 minuets after sustaining obvious head trauma, at 2100 hours officers Adams and Vasquez opened the holding cell door. At this point No medical assistance had been rendered. Officer Adams began reading me the Miranda Advisement. I interrupted officer Adams with the following: " Look at all this blood, look at my head. Let me see Medical before all this questioning!"

17.) Officer Adams continued asking me questions while Vasquez started taking multiple pictures. Officer Adams actually picked me up, propped me against a blood-smeared wall and held me there sitting on top of my handcuffed and broken left hand, while officer Vasquez captured the agony on my face with photographs.

18.) Officers Adams and Vasquez Neglected repeated requests to suspend their interrogation and summon medical care for me. Adams told me, "Harmon Shut up you aren't going to see medical until ISU sees you."

19.) Officer Marengo arrived with officer Keener and the two of them stood just beyond the opening of the holding cell for approximately 45 seconds. Both officers laughed and exchanged indistinguishable comments. Then officer Keener, who had been present at the seen where multiple officers beat me with batons, went into the emergency room to receive the "Medical Report of Injury or Unusual Occurance" (CDCR Form 7219) examination that all staff members

who use force are required to undergo per policy.

20.) At 2115 hours, Officer Keener was Medical Cleared and she walked out of the ER and stopped to look at me laying in the holding cell. Keener waived to me and walked out of TTA.

21.) At 2115 hours, after officer Keener was finished, I was taken into the ER. RN Janosco immediately determined that, "His hand is broken, and he is going to need several staples in his scalp. I am going to send him out to the hospital." Janosco told Officer Marengo I was going to be sent to an outside emergency room for emergency treatment.

22.) Officer Marengo told me "you are not going anywhere until ISU interviews you."

23.) At approximately 2150 hours, Investigative Services Unit (ISU) officer Bravo arrived in the TTA. I immediately told officer Bravo, "Bravo look man I need to get out to the hospital can all this questioning wait until tomorrow?"

24.) Officer Bravo told me, "Give me a a statement while I photograph you and I'll let you get outta here Harmon."

25.) Officer Bravo proceeded to take photos and question me prior to arranging transportation for a hospital run.

26.) I finally arrived at Tri-City Medical

Center at approximately 2400 hrs, Nearly 4 hours after sustaining obvious head trauma. Tri-City Medical Center ER physicians administered Narcotic painkillers, put 5 staples in my scalp, and placed my left hand/arm in a splint.

27.) On 2-9-15, at approximately 0400 hours, I was placed in the prisons' Administrative Segregation Unit, housing unit #6. There was one night watch officer on duty. Upon my request the Night watch man provided me with an inmate appeal form (CDCR 602) and a pencil. I filled out the appeal clearly stating that I had been beaten up and that officers had intentionally delayed getting me medical help. I turned the appeal in with the same officer who provided it.

28.) At 0600 hours, the night watch officer left and the day shift officers arrived in numbers. I was housed in cell 214 and from that upper-tier vantage point I had a bird's eye view down into the officers' huddle area.

29.) At approximately 0630 hours, I witnessed officers Escobedo and Warrington call 4 unknown officers into their huddle area. Escobedo pointed up at my cell and said the following: "That's the motherfucker in 214. He's got absolutely Nothing Coming — No chow or anything. You guys remember the Cameras. Whenever he comes out he gets fucked up.

This chump has the nerve to try filing a 602!"

30.) At approximately 0635 hours, officers Escobedo and Warrington came to my cell door and slid an inter-departmental "U SAVE 'EM" under. Escobedo stated, "You stabbed team green and now you got the balls to 602 your ass-whippin'? You ever try filing a 602 about this again — EVER! — we're gonna kill you. You're fucking with the Green Wall! Don't think you're safe if you make it to another joint either — IF YOU MAKE IT!" When Escobedo and Warrington walked away I looked inside the "U SAVE 'EM" envelope and inside of it was my appeal ripped into several tiny pieces.

31.) At approximately 0700 hours, officer Warrington served breakfast and boxed lunches on the upper tier. Warrington passed my cell and said, "You won't eat in our house! You want to file 602s and cry — you won't eat. File another 602 and you're dead; anywhere you go we'll have you killed."

32.) At approximately 0950 hours, Sgt. Servantes, officer Warrington, and officer Escobedo pulled me out of cell 214 and took me into housing unit #6 committee room under the guise of the need to conduct an interview. Sgt. Servantes and officer Warrington beat me over a table while

I was handcuffed and shackled, and officer Escobedo used his baton to hit me in my legs approximately 15 times. It should be noted that prior to this beating Sgt. Servantes conducted a video recorded interview about an alleged stabbing the night before. Sgt. Servantes kept saing (while Escobedo was beating me with his baton) "Are you gonna file anymore appeals. We'll kill you next time, we'll kill you!"

Count 2: The following civil right has been violated: **Excessive Force**
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

Same Facts as noted in Statement of Supporting Facts for Count # 1

Count 3: The following civil right has been violated: **Free Speech**
(E.g., right to medical care, access to courts,

§ 1983 SD Form
(Rev. 5/98)

4

::ODMA\PCDOCS\WORDPERFECT\22834\1

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:   [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

Same Facts as noted in Statement of Supporting Facts for Count #1. Paragraphs #27 through #32.

### D. Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: ____N/A____

Defendants: ____N/A____

(b) Name of the court and docket number: ____N/A____
____N/A____

(c) Disposition: [For example, was the case dismissed, appealed, or still pending?] ____N/A____

(d) Issues raised:
____N/A____



(e) Approximate date case was filed: ____N/A____
(f) Approximate date of disposition: ____N/A____

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.]? ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

An administrative appeal was submitted. Officers named as defendants in this suit returned my appeal torn up. I was beaten up by officers for trying to submit the appeal. Officers told me that I will be murdered anywhere inside of the California Prison system if I ever attempt to appeal the issues presented in this lawsuit.

### E. Request for Relief

Plaintiff requests that this Court grant the following relief:

    1. An injunction preventing defendant(s):

    2. Damages in the sum of $ Count #1 $90,000.  Count #2 $45,000

    3. Punitive damages in the sum of $ Count #1 $180,000.  Count #2 $90,000

    4. Other:

### F. Demand for Jury Trial

Plaintiff demands a trial by ☒ Jury ☐ Court. (Choose one.)

### G. Consent to Magistrate Judge Jurisdiction

    In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

    The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

    You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☒ Plaintiff consents to magistrate judge jurisdiction as set forth above.   **OR**   ☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

I declare under the penalty of perjury that the foregoing is true and correct.

2-15-16
Date

Signature of Plaintiff

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Jason Harmon
AG2873

**DEFENDANTS**
Sgt. Hector Ferrel, et al.

**FILED APR 25 2016**
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

16CV1012 MMA RBB

**(b)** County of Residence of First Listed Plaintiff   Sacramento
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Jason S. Harmon
PO Box 290066
REpresa CA 95671

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☒ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42:1983
Brief description of cause:
Prisoner Civil Rights

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE  04/25/2016
SIGNATURE OF ATTORNEY OF RECORD
s/SKHoestenbach

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____



Jason Harmon #AG-2873
Facility B-8-212
O.B. 290066
Represa, CA. 95671

RECEIVED
CSP-SAC MAILROOM

United States Court, Southern Dist.
880 Front St. Suite 4290
San Diego, CA 92101

