Judge High before some guy great in reading the law did help me to do this cort papers for the lawsute but the cops know its him that helps me sew for when they violated me so Now I was Beat up again 3 more times and had all my legal work thrown away and they moved me from my legal helper because the cops dont want him to win the case for me!!! My doctor is Psych that wrote you a form to claim some assistance from a court helper because I lost my Jail lawyer who was good. So can I have the same skill level people in your court listen to my legal claims and write what I say for this case because I lost my help and it is not much about law I know so help is Needed Please. The case is 3:16-cv-01012-MMA-RBB

Thank You Alot!

Jason Harmon AG2873

**FILED**
Jul 22 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ nataliep   DEPUTY

NUNC PRO TUNC
Jul 18 2016

## INMATE REQUEST FOR ASSISTANCE FROM THE COURT
(Only for inmates who claim to have a disability)

**Page 1 to be completed by the inmate (assistance may be provided if requested/needed)**

Name: Jason S. Harmon  CDCR# AG-2873  Prison: CSP-SACRAMENTO
Yard/Facility: A-Yard  Cell/Bed # A-1-124
City: Represa  State: CA  Zip code: 95671

Today's date: 7-12-16

Presiding Judge: The Honorable Michael M. Anello
Court name: United States District Court, Southern District of California
Address: 333 West Broadway, Suite 420
City: San Diego  State: California  Zip Code: 92101

Dear Judge,

I am an inmate currently housed at: California State Prison Sacramento
(write name of prison/institution)

**A.** I have a case pending in your court:  Please circle either (Yes) / No

Case name: Jason Harmon V. Hector Ferrel, et al.
(write the case name if there is a case pending in the court)

Case number: 3:16-cv-01012-MMA-RBB
(write the case number if there is a case pending in the court)

**OR**

**B.** I would like to file a case in your court:  Please circle either Yes / No

_____

_____
(explain the reason(s) for wanting to file a case in the court)

I claim to have a disability covered under the Americans with Disabilities Act (ADA). This disability makes it hard for me to read, write, and/or understand material regarding my case. In order for me to proceed with my case, I ask the court to provide me:

A lawyer, or a legal runner, or a legal researcher. Or someone to explain and read things.
(explain what you're requesting from the court and/or what type of assistance is needed)

Respectfully,

(Inmate signature)    AG-2873 (CDCR number)

**This form shall not be modified**

(1)

## Page 2 to be completed by a CDCR employee

Presiding Judge: The Honorable __Michael M. Anello__
Court name: __United States District Court, Southern District of California__
Address: __333 W. Broadway, Suite 420__
City: __San Diego__ State: __CA__ Zip Code: __92101__
Inmate name: __Harmon__ CDCR#: __AG-2873__

This above named inmate was assisted in scribing this letter by:

__Lissa Rocke, PsyD__  __Clinical Psychologist__
(print employee name)  (print employee classification/position)

This assistance was given to satisfy obligations of the California Department of Corrections and Rehabilitation (CDCR) under the terms of two court-ordered remedial plans. Both *Armstrong v. Schwarzenegger* and *Clark v. California* are federal civil rights actions brought pursuant to the Americans with Disabilities Act (ADA). Under the terms of the remedial plans, the CDCR is obligated to advise the court that the above inmate is claiming a disability and is requesting a reasonable accommodation under the ADA. This letter satisfies the Department's obligation.

The above named inmate is unable to effectively communicate with the court or fully prosecute this action due to his/her claimed disability.

INMATE'S CLAIMED DISABILITY:
(examples include low cognitive functioning, and visual impairment)

__Inmate is part of mental health services delivery system and has limited access__ (indicate the claimed disability) __to legal resources.__

INMATE'S REQUESTED ACCOMMODATION(S):
(some examples may include assignment of counsel, and large print materials)

__Inmate requests assignment of Counsel.__
(indicate the requested accommodation(s))

__Lissa Rocke PsyD__  __[signature]__
(employee printed name)  (employee signature)

__Psychologist Clinical__
(employee classification/position)

**This form shall not be modified**

(2)

California State Prison–Sacramento
P.O. Box 290066
Represa, CA 95671

NAME: Jason Harmon
CDCR#: AG2873  Facility/Bed: A-1-124

**STATE PRISON GENERATED MAIL**

Legal Mail

Prison Generated Mail
CSP-SACRAMENTO



U.S. POSTAGE ›› PITNEY BOWES
ZIP 95630
02 4W   $ 000.46⁵
0000338428 JUL 13 2016

RECEIVED
JUL 13 2016
CSP-SAC MAILROOM

JUL 18 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT CALIFORNIA

9210133806 0037

United States District Court
Southern District California
Judge Michael M Anello
333 Broadway Suite 420
San Diego California 92101

