NAME: Jason S. Harmon
CDCR #: AG2873
HOUSING: A-1-110
ADDRESS: P.O. Box 290066
CITY, STATE, ZIP: Represa, CA, 95671

NUNC PRO TUNC
Aug 15 2016

FILED
Aug ~~19~~ 18 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    TH    DEPUTY

UNITED STATES DISTRICT COURT
IN THE Southern DISTRICT OF CALIFORNIA

Jason S. Harmon
          Plaintiff,

vs.

Sgt. Hector Ferrel, et al.
          Defendant(s)

Case No.: 16-CV-01012-MMA-RBB

MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff/Petitioner is proceeding pro se and in forma pauperis with a ☐ Habeas Corpus under §2254; ☑ Civil Rights Complaint under §1983 (check one). Congress has authorized the appointment of counsel in certain situations were there is an overwhelming need to protect the interests of justice or the rights of persons.

In this instance the interests of justice require counsel be appointed for the following reasons: Pursuant to 28 U.S.C. § 1915(e)(1) plaintiff (or plaintiffs) moves for an order appointing counsel to represent him in this case.

In support of this motion, plaintiff states:

1. Plaintiff/Petitioner is in currently incarcerated, and the constraints of incarceration so restrict his ability to effectively litigate the causes of action in this case that his right to redress would be unduly restricted. Plaintiff has been transferred to a prison different from where the case originated and totally lost access to literally about 50 witnesses to the Constitutional violations.

//

2. Explain why you feel you need a lawyer in this case. (For example, you don't know the law well, you don't have access to the law library, you have a disability, your case is very complicated, etc. Use additional paper or include an affidavit supporting your application if necessary.)

Plaintiff knows zero about law. Plaintiff is in punitive segregation for psychiatric patients (Psychiatric Services Unit) and what tiny law library access is permitted in the California Code of Regulations for segregation inmates is almost always disallowed for a variety of reasons. Law library access and paging services are a particularly bad problem in the psych unit at CSP-SAC.

Plaintiff is not illiterate, but he is a documented dyslexic who needs exceptionally long periods to read, and re-read, and assimilate literature and he is highly dependant on the help of others. Also, Plaintiff is a patient at the highest level of Mental Health Care within the the Department of Corrections, Enhanced Outpatient Program, and has frequent bouts of debilitating mental illness. Finally, the Plaintiff is (cont. on pg. 2-A)

3. A trial in this case will likely involve conflicting testimony, and counsel would better enable plaintiff to present evidence and cross examine witnesses. Very True.

4. Explain what steps you have taken to find an attorney and with what results. (Use additional paper if necessary.)

I have contacted tons of attorneys and legal services and law schools. I get form letters apologizing for not being able to represent me when they respond, but usually they never respond. Attached to this Motion is a declaration by me, and that declaration has attached to it an official copy of my "Mail Card" (DCR Form 119) listing all of my attempts to contact Counsel for the purpose of representation.

1  under the care of a physician for a sometimes debilitating
2  physical ailment stemming from the implantation of an
3  FDA Recalled Surgical device called "Composix Kugel" mesh.
4  This is an extraordinarily painful condition which more often
5  than not restricts the Plaintiff to his bed.
6      This case will become very complicated logistically,
7  with the need to take the depositions of at least 10
8  peace officer defendants, and several non-party witnesses, all
9  of whom reside in Southern California, while the Plaintiff
10 is incarcerated in a Psychiatric Services Unit in Northern
11 California. Additionally, the defendants have raised Eighteen
12 Affirmative Defenses and this will likely convolute
13 the legal issues way beyond the Plaintiff's ability to
14 effectively handle. The 9th Circuit has stated that
15 Appointment of Counsel may be justified when proceedings will
16 go forward "more efficiently and effectively." Johnson v
17 California, 207 F.3d 650, 656 (9th Cir. 2000).

Page 2-A

_____

_____

_____

_____

_____

5. If you need a lawyer who speaks in a language other than English, state what language you speak: ___N/A___.

I declare under penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself or elsewhere, that I can afford a lawyer, the lawyer may give this information to the court. I understand that if my answers on my application to Proceed *in Forma Pauperis* [or Affidavit in Support of Application for Appointment of Counsel] are false, my case can be dismissed.

I understand that making this application does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with a summons and complaint, if I have not already done so.

WHEREFORE, plaintiffs request that the court appoint __a lawyer__, a member of the __CA__ Bar, as counsel in this case.

Dated this __11th__ day of __August__, __2016__

X _____[signature]_____

NAME: Jason S. Harmon
CDCR #: AG2873
HOUSING: A-1-110
ADDRESS: P.O. Box
CTY, STATE, ZIP: Represa, CA 95671

Page 3 of 3

Jason S. Harmon
#AG2873
Housing Unit A-1-110
P.O. Box 290066
Represa, CA 95671

United States District Court
Southern District of California

| Jason S. Harmon | Case # 16-CV-01012-MMA-RBB |
| Plaintiff, | |
| vs. | Declaration In Support of |
| Sgt. Hector Ferrel | Motion for Appointment of |
| Defendant. | Counsel |

Jason S. Harmon, being competent to make this declaration and having personal knowledge of the matters stated herein, declares pursuant to 28 U.S.C., Section 1746:

1) I am the Plaintiff in this case.

2) I have made 13 requests to use the CSP-Sacramento "A" Facility law library since arriving on "A" Facility on 6-9-16, which amounts to one request each week.

3) I am a patient in the Psychiatric Services Unit (PSU), a total lock-up unit where I am locked inside

declaration Page 1 of 4

1  my cell usually 24 hours per day.

3  4.) The procedure here for PSU Inmate/Patients
4  to use the law library is that it is only allowed on
5  Thursdays, from 8:00 am to 10:00 Am, under escort by
6  Custody staff, and only when there is a cage in the law
7  library available. There are no exceptions.

9  5.) I have only been allowed to use the
10  law library 3 times out of 13 requests, even though
11  the CCR Title 15, Section 3123 mandates that "all inmates,
12  regardless of their classification or housing status" will be
13  permitted weekly access in the amount of NO less than 2 hours.

15  6.) I have Mental disabilities and a
16  physical disability, all of which are sometimes debilitating.

18  7.) I have made tons of attempts at asking
19  Counsel to represent me. I have attached to this declaration an
20  official "Mail Card" (CDCR Form 119) listing all of my
21  mail attempts to ask to represent me. All underlined sentences
22  represent my attempts to seek representation.

24  Pursuant to 28 U.S.C. 1746, I declare under
25  penalty of perjury that the foregoing is true and correct. Executed
26  on August, 11th, 2016
27  Jason Harmon  # AG2873

declaration page 2 of 4

## MAIL CARD (CDCR FORM 119)
## CSP-SACRAMENTO

**NAME:** HARMON  
**CDCR #:** AG2873

Printed 11-May-2016

| DATE | RECEIVED FROM | SENT TO | COMMENTS |
|---|---|---|---|
| 09/14/2015 | | ATTY WILLIAM SCHMIDT 2377 W FALLBROOK SUITE 207 FRESNO, CA (PH) | |
| 10/07/2015 | (RTS) WILLIAM L SCHMIDT ATTY (JB) | | |
| 11/02/2015 | DEPT. CONSUMER AFFAIRS 464 W. 4TH ST. # 429 SAN BERNARDINO CALIF (JB) | | |
| 11/25/2015 | | HEALTH CARE APPEALS P.O. BOX 588500 ELK GROVE, CA (PH) | |
| 12/14/2015 | | ATTY AHROY GRAHM & ZUCKER 401 WILSHIRE BLVD SANTA MONICA, CA (PH) | |
| 12/14/2015 | | ATTY WILLIAM SCHMIT P.O. BOX 25001 FRESNO, CA (PH) | |
| 01/08/2016 | | APPELLATE DEFENDERS 555 WEST BEECH ST SUITE 300 SAN DIEGO, CA (PH) | |
| 01/08/2016 | | ATTY RICHARD DE LA SOTA 1140 HIGHLAND AVE #137 MANHATTAN BEACH, CA (PH) | |
| 01/19/2016 | ROSEN BIEN GALVAN & GRUNFELD LLP ATTY AT LAW POB 390 SF CA (KC) | | |
| 01/22/2016 | ATTY RICHARD DE LA SOTA 1140 HIGHLAND AVE #137 MANHATTAN BEACH, CA (PH) | | |
| 02/02/2016 | | PRISON LAW OFFICE SAN QUENTIN, CA (PH) | |
| 02/02/2016 | | PENAL LAW PROJECT 25 MAIN ST #102 CHICO, CA (PH) | |
| 02/02/2016 | | LEGAL SERVICES FOR PRISONERS WITH CHILDREN 1540 MARKET ST #490 SAN FRAN. CA | |
| 02/02/2016 | | ATTY ROSEN BIEN & GALVAN P.O. BOX 390 SAN FRANCISCO, CA (PH) | |
| 02/02/2016 | | NORTHERN CALIF LEGAL SERVICE 28 BOARDMAN PLACE SAN FRANCISCO, CA (PH) | |
| 02/08/2016 | ROSEN BIEN GALVAN & GRUNFELD LLP ATTY AT LAW POB 390 SF CA (KC) | | |
| 02/11/2016 | CA CORRERCTIONS HEALTH CARE SEVICES POB 588500 ELK GROVE CA 95758 | | |
| 02/11/2016 | DONALD SPECTOR SAN QUENTIN CA 94964-0001 | | |
| 02/22/2016 | BAR OF CALI. 180 HOWARD ST. SAN FRAN CA 94105-1639 | | |
| 03/16/2016 | PRISON LAW OFFICE SQ CALIF (JB) | | |
| 03/22/2016 | | HEALTH CARE APPEALS P.O. BOX 588500 ELK GROVE, CA (PH) | |
| 03/28/2016 | PRISON LAW OFFICE DIR SPECTER DIR GEN DELIVERY SQ CA (KC) | | |
| 03/30/2016 | | ATTY WILLIAM SCHMIDT 377 W FALLBROOK #205 FRESNO, CA (PH) | |
| 04/11/2016 | COMMUNITY LEGAL INFO CENTER 25 MAIN ST. CHICO CALIF (JB) | | |
| 04/14/2016 | THE BAR ASSOCIATION 301 BATTERY ST THIRD FL SAN FRANCISCO, CA (PH) | | |
| 04/18/2016 | | HEALTH CARE APPEALS P.O. BOX 5885800 ELK GROVE, CA (PH) | |
| 04/18/2016 | | ATTY ROSEN BIEN & GALVAN P.O. BOX 390 SAN FRANCISCO, CA (PH) | |
| 04/18/2016 | | USDC SOUTHERN DIST 880 FRONT ST # 4290 SAN DIEGO CALIF (JB) | |
| 04/20/2016 | | LEGAL SERVICES FOR PRISONERS 1540 MARKET ST SUITE 490 SAN FRAN., CA (PH) | |
| 04/20/2016 | | LAMBADA LEGAL 4221 WILSHIRE BLVD SUITE 280 LOS ANGELES, CA (PH) | |
| 04/20/2016 | | STANFORD LAW SCHOOL 2117 UNIVERSITY AVE SUITE A EAST PALO ALTO, CA (PH) | |
| 04/20/2016 | | SAIONTZ & KIRK PA 3 SOUTH FREDRICK ST SUITE 900 BALTAMORE, MA (PH) | |
| 04/20/2016 | | US DAVIS LAW SCHOOL 1 SHIELDS AVE DAVIS, CA (PH) | |
| 04/20/2016 | | DOWNTOWN LOS ANGELES LAW FIRM 1850 E 15TH ST LOS ANGELES, CA (PH) | |
| 04/29/2016 | OFFICE OF THE CLERK 333 W. BROADWAY STE#420 SAN DIEGO CA 92101 | | |
| 05/02/2016 | PRISON LAW OFFICE GENERAL DELIVERY SQ CA (KC) | | |

*declaration Page 3 of 4*

NAME: HARMON
CDCR #: AG2873

*Printed 11-May-2016*

| DATE | RECEIVED FROM | SENT TO | COMMENTS |
|---|---|---|---|
| 05/02/2016 | ROSEN BIEN GALVN & GRUNFELD LLP ATTY AT LAW POB 390 SF CA (KC) | | |
| 05/05/2016 | OFFICE OF THE CLERK 333 W. BROAD. STE#420 SAN DIEGO CA 92101 | | |
| 05/06/2016 | SAIONTZ&KIRK PA 3 S FREDERICK ST STE 900 BALTIMORE MARYLAND | | |
| 05/06/2016 | LAMBDA LEGAL 4221 WILSHIRE BLVD # 280 LA CALIF (JB) | | |
| 05/09/2016 | PRISON LAW OFFICE SAN QUENTIN, CA (PH) | | |
| 05/09/2016 | PRISON LAW OFFICE SQ CALIF (JB) | | |
| 05/09/2016 | | US MARSHALS OFFICE 333 WEST BROADWAY SUITE 100 SAN DIEGO, CA (PH) | |

declaration Page 4 of 4

## PROOF OF SERVICE BY MAIL
## BY PERSON IN STATE CUSTODY
(Fed. R. Civ. P.5; 28 U.S.C. § 1746)

I, __Jason S. Harmon__, declare:

I am over 18 years of age and a party to this action. I am a resident of: __California State (Sacramento)__ Prison, in the County of __Sacramento__; State of California.

My prison address is:
__Jason Harmon # AG2873, P.O. Box 290066__
__Represa, CA 95671__

On __11th__ day of __August__, 20 __16__,

I served the attached document:
1) __Motion For Appointment of Counsel__
2) __Declaration in support of motion for Appointment for Counsel__

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. This envelope was addressed as follows:

1) United States' District Court, 333 W. Broadway, Suite 420, San Diego CA - 92101
2) Tiffany Johnson, Deputy AG, 600 W. Broadway, Suite 1800, San Diego CA 92185-5266

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

EXECUTED ON: __11th__ day of __August__, 20 __16__

_____
Signature of Declarant

Jason Harman #A60873
P.O. Box 29066
Represa, CA 95671

Prison Generated Mail
CSP-SACRAMENTO

United States Courthouse, Southern District
333 W. Broadway, Suite #420
San Diego, CA 92101

RECEIVED
AUG 12 2015
CSP-SAC Mailroom

"Indigent Legal" "Confidential"
Title 15 section 3165 (b) & (d)
CDCR form 193 signed and attached

[signature] 8-11-16 #83766