# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO:  ☐ U.S. DISTRICT JUDGE  /  ☒ U.S. MAGISTRATE JUDGE    Hon. Andrew G. Schopler

| FROM: N. Peltier, Deputy Clerk | RECEIVED DATE: February 8, 2017 |
|---|---|
| CASE NO. 16-cv-01012-MMA-AGS | DOC FILED BY: Jason S. Harmon |
| CASE TITLE: Harmon v. Ferrel et al | |
| DOCUMENT ENTITLED: Letter to Judge Schopler | |

Upon the submission of the attached document(s), the following discrepancies are noted:

Civ.L.Rule 83.9 – Parties must refrain from writing *ex parte* letters to the judge.

Date Forwarded:   February 10, 2017

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☒ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate?  ☐ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date:  February 10, 2017          CHAMBERS OF:  Hon. Andrew G. Schopler

cc: All Parties              By: _[signature]_