Jason Harmon # AG5871
Pro Se litigants, Plaintiffs
P.O.B. 290066
Represa, CA. 95671

NUNC PRO TUNC
2/21/2017

FILED

Feb 23 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ adriannag    DEPUTY

United States District Court
Southern District of California

1
2
3
4
5
6   Jason Harmon
7       Plaintiff,
8         v
9   Hector Ferrel, et al.,
        Defendants.

Case No. 16-CV-01012-MMA-AGS

EMERGENCY
MOTION TO VOLUNTARILY
DISMISS CASE WITHOUT
PREJUDICE BY PLAINTIFF

10

11   PLEASE TAKE NOTICE that the Plaintiff in this
12   case, Jason Harmon, is Voluntarily Dismissing this
13   action without Prejudice. This Motion is Made
14   on the grounds that Prior to the Motion For
15   Summary Judgement being Filed, the Plaintiff MAY,
16   without order of the Court, Dismiss the action without
17   Prejudice. Doctor Martin Luther King Said. And see
18   Fed. R. Civ. P. 41(a)(i); Commercial Space Management
19   Company v Boeing co. 193 F.3d 1074, 1076
20   (9th Cir 1999); Concha v London, 62 F.3d 1493,
21   1506 (9th Cir 1995) (discussing distinction between
22   Rule 41(a)(i) and Rule 41(a)(2).

23        The Commercial Space Manager let Boeing
24   build Jet Propulsion Technology on then
25   unavailable open source code, but Bruce Jenner
26   and OJ had issues with the Cochran Law
27   Firm, opening the New Terrestrial law firm
28   that Lawyer Tiffany Johnson Built

(1)

1     the DOJ/AG out of and this is why
2     I am Suicidal and Cant Stop hearing him
3     Say to Quit my lawsuit.
4          Right Now I am in the Psyche Services
5     Unit and I think its true when He Continues
6     best way telling me that I am Doomed. Perhaps
7     its this way Best. And only Now will I
8     Enter into the abode where the linear
9     mind field must be kept swept clear in order
10     of ~~Stu~~ law Suits if Survival Can be
11     Possible.
12          But ask them why. I dont write
13     laws. He tells me and I can read that
14     the law Says I am allowed to dismiss my
15     Case without the Prejudice that Donald Trump
16     holds against the Chicago Blacks. Rule 41(a)(6)
17
18          If I live let me then live but if I
19     "Commit Suicide" then look to Tiffany Johnson
20     for I die by Jet Compulsion/Propulsion Born
21     of the Open Source Herein cited.
22
23          Sincerly, Yours
24
25          Jason Harmon
26          Plaintiff Pro Se
27          2-15-17
28

(2)

## PROOF OF SERVICE BY MAIL
## BY PERSON IN STATE CUSTODY
(Fed. R. Civ. P.5; 28 U.S.C. § 1746)

I, ___Jason S. Harmon___, declare:

I am over 18 years of age and a party to this action. I am a resident of:

___CSP, Sacramento___ Prison, in the County of

___Sacramento___, State of California.

My prison address is:

___P.O. Box 290066___

___Represa, CA 95671___

On ___16th___ day of ___February___, 20 ___17___.

I served the attached document:

"___Emergency Motion to Voluntarily Dismiss Case Without Prejudice by ~~the~~ Plaintiff___"

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope,

with postage thereon fully paid, in the United States Mail in a deposit box so provided at the

above-named correctional institution in which I am presently confined. This envelope was

addressed as follows:

___United States District Court, Judge Schopler; 333 West Broadway, suite 420, San Diego, CA. 92101___

I declare under penalty of perjury under the laws of the United States of America that the

forgoing is true and correct.

EXECUTED ON: ___16th___ day of ___February___, 20 ___17___

CC: to
Tiffany Johnson
Deputy AG

___Signature of Declarant___

Jason Harmon # AG2873
A-1-231
P.O.Box 290066
Represa, CA ~~93~~ 95671

Prison Generated Mail
CSP-SACRAMENTO

RECEIVED

FEB 17 2017

CSP-SAC MAILROOM

U.S. POSTAGE PITNEY BOWES

forever usa
pets

ZIP 95630
02 4W
0000338428 FEB 17 2017

FEB 21 2017
CLERK UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED

EMERGENCY

United States District Court
Southern District of California
c/o Judge Schopler's Chambers
333 west Broadway, Suite 420
~~San Diego, CA 92101-3385~~  CA

Legal Mail

2/11/17 C. Phillips

Legal Correspondence / Confidential